UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA REID, <u>on behalf of</u> DANIEL JOHN REID IV,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>MARTIN O'MALLEY, <u>Commissioner of the Social Security Administration</u>,<br>　　　　　　　Defendant. | CIVIL ACTION NO. 24 Civ. 6514 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's unopposed request for extension of time (ECF No. 12) is **GRANTED**, and the time for her to file a motion for judgment on the pleadings is **EXTENDED** up to and including **January 24, 2025**.

The Clerk of Court is respectfully directed to close ECF No. 12.

Dated:　　　New York, New York
　　　　　　November 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**