**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LINDA REID O/B/O DANIEL JOHN REID IV,

                Plaintiff,        24 **CIVIL** 6514 (SLC)

   -v-                                  **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision.

**Dated:** New York, New York

     February 14, 2025

                                                  **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                         **BY:**        *K. Mango*

                                                        **Deputy Clerk**